UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ILIR OSMANI,<br><br>              Petitioner,<br><br>    v.<br><br>NATHALIE R. ASHER, et al.,<br><br>              Respondent. | CASE NO. 2:21-CV-687-JLR-DWC<br><br>REPORT AND RECOMMENDATION<br><br>Noting Date: July 23, 2021 |

Petitioner Ilir Osmani, through counsel, initiated the instant habeas action pursuant to 24 U.S.C. § 2241, to obtain release from immigration detention at the Northwest ICE Processing Center. Dkt. 1. Petitioner has filed a motion to withdraw his petition on the ground that he is no longer in custody of the Department of Homeland Security and this action is now moot. Dkt. 9.[1]

---

[1] The Court finds that it is not necessary to await a response from Respondents because their previous filings are consistent with the Court's recommendation. *See* Dkt. 6 (seeking dismissal, but not requesting that it be with prejudice).

1 | Accordingly, the Court recommends that petitioner's motion to withdraw, Dkt. 9, be
2 | **GRANTED**, the Government's motion to dismiss, Dkt. 6, be **DENIED** as moot, and this action
3 | be **DISMISSED** without prejudice. A proposed Order accompanies this Report and
4 | Recommendation.
5 | Dated this 2nd day of July, 2021.

*/s/ David W. Christel*
David W. Christel
United States Magistrate Judge