UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ILIR OSMANI,

                Petitioner,

v.

NATHALIE R. ASHER, et al.,

                Respondent.

No. 2:21-CV-687-JLR-DWC

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge David W. Christel, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) Petitioner's motion to withdraw his federal habeas Petition is granted.

(3) Respondents' motion to dismiss is denied as moot.

(4) The Petition is dismissed without prejudice.

(5) The Clerk is directed to send copies of this Order to Petitioner, counsel for Respondent, and to the Hon. David W. Christel.

**DATED** this 20th day of July, 2021.

James L. Robart
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION- 1